UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| Sheila Gluesing, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>Prudentrx LLC & Caremark Rx, L.L.C.,<br><br>Defendants. | Case No.: 1:24-cv-549-JJM-LDA |

**DISCLOSURE STATEMENT FOR DEFENDANT CAREMARK RX, L.L.C.**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Caremark Rx, L.L.C., states as follows:

Caremark Rx, L.L.C., is a Delaware limited liability company. Caremark Rx, L.L.C., has only one member, CVS Pharmacy, Inc., which is a Rhode Island corporation. CVS Pharmacy, Inc., is a direct, wholly owned subsidiary of CVS Health Corporation. CVS Health Corporation is the only publicly traded corporation that owns 10% or more of CVS Pharmacy, Inc.'s stock.

Respectfully submitted,

/s/ *Rebecca F. Briggs*
Rebecca F. Briggs (#8114)
**Hinckley, Allen & Snyder LLP**
100 Westminster Street, Suite 1500
Providence, RI 02903-2319
T: (401) 274-2000
F: (401) 277-9600
rbriggs@hinckleyallen.com

Frank Pasquesi (*pro hac vice* forthcoming)
**FOLEY & LARDNER LLP**
321 North Clark Street, Suite 3000
Chicago, Illinois 60654
Telephone: (312) 832-4500
fpasquesi@foley.com

Michael D. Leffel (*pro hac vice* forthcoming)
**FOLEY & LARDNER LLP**
150 East Gilman Street, Suite 5000
Madison, Wisconsin 53703
Telephone: (608) 258-4216
mleffel@foley.com

Gerald S. Kerska (*pro hac vice* forthcoming)
David J. Wenthold (*pro hac vice* forthcoming)
**FOLEY & LARDNER LLP**
777 E Wisconsin Ave
Milwaukee, Wisconsin 53202
Telephone: (414) 297-4916
gkerska@foley.com
dwenthold@foley.com

**ATTORNEYS FOR DEFENDANT CAREMARK RX, L.L.C.**

## **CERTIFICATE OF SERVICE**

  I hereby certify that the foregoing document was filed through the ECF system on January 23, 2025, and will be sent electronically to the registered participants identified on the Notice of Electronic Filing.

                */s/ Rebecca F. Briggs*
                Rebecca F. Briggs