UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| Sheila Gluesing, individually and on behalf of all others similarly situated,<br><br>       Plaintiffs,<br><br>vs.<br><br>PrudentRx LLC & Caremark Rx, L.L.C.,<br><br>       Defendants. | Case No.: 1:24-cv-549-JJM-LDA |

### DECLARATION OF SUSAN BOESHART

Pursuant to 28 U.S.C. § 1746, I declare as follows:

1. My name is Susan Boeshart. I am employed at Caremark as a Director of Strategic Accounts, Sales & Account Services. I am over twenty-one years old and have personal knowledge of the facts contained in this declaration.

2. The statements set forth in this declaration are based on my personal knowledge and my familiarity with and review of records that are made and retained by CaremarkPCS Health, L.L.C. in its usual and ordinary course of business at or near the time of the events reflected in the records.

3. I have attached to this declaration as Exhibit 1 a true and correct copy of the Benefit Summary for Sheila Gluesing's health plan through Wellmark Health Plan of Iowa.

4. I have attached to this declaration as Exhibit 2 a true and correct copy of the Pharmacy Benefit Services Agreement between Wellmark, Inc. and CaremarkPCS Health, L.L.C.

5. I have attached to this declaration as Exhibit 3 a true and correct copy of the Tenth Amendment to the Pharmacy Benefit Services Agreement between Wellmark, Inc. and CaremarkPCS Health, L.L.C.

6. I have attached to this declaration as Exhibit 4 a true and correct copy of the Nineteenth Amendment to the Pharmacy Benefit Services Agreement between Wellmark, Inc. and CaremarkPCS Health, L.L.C.

7. I have attached to this declaration as Exhibit 5 a true and correct copy of the Twentieth Amendment to the Pharmacy Benefit Services Agreement between Wellmark, Inc. and CaremarkPCS Health, L.L.C.

8. I have attached to this declaration as Exhibit 6 a true and correct copy of the Vendor Election Form between CaremarkPCS Health, L.L.C. and Wellmark, Inc.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 5th day of March, 2025 in Minneapolis, Mn.

_____
Susan Boeshart

# EXHIBIT 1

# FILED UNDER SEAL

# EXHIBIT 2

# FILED UNDER SEAL

# EXHIBIT 3

# FILED UNDER SEAL

# EXHIBIT 4

# FILED UNDER SEAL

# EXHIBIT 5

# FILED UNDER SEAL

# EXHIBIT 6

# FILED UNDER SEAL