UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| SHEILA GLUESING, *individually and on behalf of others similarly situated*, <br>     Plaintiff, <br><br> v. <br><br> PRUDENTRX LLC and CAREMARK RX, L.L.C., <br>     Defendants. | C.A. No. 1:24-cv-549-JJM-AEM |

ORDER

Pending before the Court is Defendants PrudentRx LLC and CaremarkRx, L.L.C.'s Motion to Compel Arbitration. ECF Nos. 21 and 23. Plaintiff Sheila Gluesing argues that the motion should be denied, though asserts that much of the evidence needed to resolve the issue of whether she was under duress when agreeing to the relevant arbitration provision is likely in Defendant's possession. ECF No. 37 at 4-5. After review of the parties' briefs and evidence, the Court finds that discovery limited to the issue of whether Ms. Gluesing was under economic duress when agreeing to the arbitration provision in CVS Specialty's Terms of Use is appropriate.

Thus, it is ORDERED that:

1. Defendants' Motion to Compel Arbitration, ECF Nos. 21 and 23, are DENIED without prejudice;

2. The parties shall conduct limited discovery on the issue of economic duress. Discovery shall be completed on or before November 17, 2025. Defendants may file a renewed motion to compel arbitration on or before December 1, 2025.

IT IS SO ORDERED.

_____
John J. McConnell, Jr.
Chief Judge
United States District Court

June 17, 2025