# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| SHEILA GLUESING, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br> v.<br><br>PRUDENTRX LLC & CAREMARK RX, L.L.C.,<br><br>        Defendants. | No. 1:24-CV-00549-JJM-AEM |

## DECLARATION OF KRISTIE A. LASALLE IN SUPPORT OF PLAINTIFF'S MOTION TO COMPEL PRODUCTION OF DISCOVERY RELATED TO CLAIMS OF ECONOMIC DURESS

I, Kristie A. LaSalle, declare under oath, as follows:

1. I am Senior Counsel in the law firm of Lockridge Grindal Nauen PLLP. I represent Plaintiff in this litigation. I have full knowledge of the matters stated herein and could and would testify thereto.

2. I submit this Declaration in support of Plaintiff's Motion to Compel Production of Discovery Related to Claims of Economic Duress.

3. Attached as **Exhibit A** is the document CAREMARK-0000064–198.

4. Attached as **Exhibit B** is Plaintiffs' Request for Production of Documents dated June 27, 2025.

5. Attached as **Exhibit C** is a Letter from A. Mitttal to Plaintiffs' Counsel dated September 25, 2025.

6. Attached as **Exhibit D** is a Letter from L. Dalton to K. LaSalle dated September 19, 2025.

2

    7.    Attached as **Exhibit E** is a Letter from K. LaSalle to Defense Counsel dated August 8, 2025.

    8.    Attached as **Exhibit F** is a Letter from A. Mittal to Plaintiffs' Counsel dated August 26, 2025.

    9.    Attached as **Exhibit G** is Caremark's Responses to Plaintiff's Requests for Production of Documents.

    10.    Attached as **Exhibit H** is PrudentRx's Responses to Plaintiff's Requests for Production of Documents.

    11.    Attached as **Exhibit I** is Caremark's Responses to Plaintiff's First Set of Interrogatories.

    12.    Attached as **Exhibit J** is PrudentRx's Responses to Plaintiff's First Set of Interrogatories.

\*    \*    \*

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on October 3, 2025, at Boston, Massachusetts.

                                *s/ Kristie A. LaSalle*
                                Kristie A. LaSalle