**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| SHEILA GLUESING, *individually and on behalf of all others similarly situated,*<br><br>        Plaintiff,<br><br>   v.<br><br>PRUDENTRX LLC & CAREMARK RX, L.L.C.,<br><br><br>       Defendants. | No. 24-cv-00549-JJM-AEM |

**SUPPLEMENTAL DECLARATION OF STEPHEN J. TETI IN SUPPORT OF PLAINTIFF'S MOTION TO PRECLUDE AND STRIKE DEFENDANT CAREMARK'S UNDISCLOSED EVIDENCE UNDER RULE 37(c)(1)**

I, Stephen J. Teti, declare:

1.      I am an attorney licensed to practice in the Commonwealth of Massachusetts and State of Connecticut have been admitted *pro hac vice* in this matter. I am a partner at the firm of Lockridge Grindal Nauen PLLP.

2.      I submit this supplemental declaration in support of Plaintiff Sheila Gluesing's Motion to Preclude and Strike Defendant Caremark's Undisclosed Evidence Under Rule 37(c)(1).

3.      Attached as **Exhibit 1** is a true and correct copy of an email I sent to opposing counsel on June 26, 2025, in response to an email Caremark filed in response to Plaintiff's Motion.

4.      Attached as **Exhibit 2** is a true and correct copy of an email I sent to opposing counsel on July 3, 2025, in response to an email Caremark filed in response to Plaintiff's Motion and following a discovery conference in this case.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 16, 2026, at Mansfield, Massachusetts.

                          */s/  Stephen J. Teti*
                            Stephen J. Teti

1